JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
 Social Security Administration
 Office of the General Counsel
 Office of Program Litigation, Division 7
  6401 Security Boulevard
  Baltimore, Maryland 21235
  Telephone: (510) 970-4830
  Facsimile: (415) 744-0134
  E-mail: marla.letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| GINA GOMEZ,<br><br> Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br> Commissioner of Social Security,<br><br> Defendant. | Case 8:24-cv-01360-RAO<br><br>[~~Proposed~~] JUDGMENT OF REMAND |

[~~Proposed~~] Judgment         Case No. 8:24-cv-01360-RAO

    Based upon the parties' Stipulation for Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. Section 405(g) and Entry of Judgment, IT IS ORDERED that the above-captioned matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). Upon remand, the agency will vacate the Administrative Law Judge's (ALJ) decision and remand the case to the ALJ to re-evaluate the evidence and issue a new decision.

Dated: 11/22/2024

*[signature]*
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] JUDGMENT             CASE NO. 8:24-cv-01360-RAO